IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COURTNEY GATTER,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **IKA-WORKS, INC.,**<br>            **Defendant.** | **NO.  16-953** |

## O R D E R

**AND NOW**, this 16th day of December, 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 34); Plaintiff's Response in Opposition thereto (ECF No. 36); and Plaintiff's Reply in Support thereof (ECF No. 40), after oral argument and for the reasons stated in the Court's Opinion of December 16, 2016 (ECF No. 44), **IT IS ORDERED** that Defendant's motion is **GRANTED in part and DENIED in part** as follows:

(1) The motion is **GRANTED** with respect to Plaintiff's retaliation claims; and

(2) The motion is **DENIED** with respect to Plaintiff's disparate treatment and hostile work environment claims.

**BY THE COURT:**

/S/WENDY BEETLESTONE, J.

---

**WENDY BEETLESTONE, J.**